UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America

-v-

**JESUS BRISENO,**

*Defendant.*

**ORDER FOR RETURN OF BAIL**

USAO# 2011R00881

11-MJ-2182 / 11-CR-731

An order having heretofore been made in this case authorizing the Clerk of this Court to accept the sum of (**TWENTY THOUSAND - TWO DOLLARS & TWO CENTS**), (**$20,002.02**) cash, and to deposit the same in the registry of this Court, as a condition to assure the appearance of the above-named defendant before the United States District Court for the Southern District of New York in accordance with the provisions of the bond given by the said defendant; and

WHEREAS on August 8, 2018, the defendant consented to proceed before a United States magistrate judge in a misdemeanor case;

WHEREAS on **October 18, 2018,** the defendant appeared before **U.S.M.J. BARBARA C. MOSES,** during which the Court orally pronounced that it intended to exonerate the bond;

WHEREAS on **October 19, 2018, JUDGE MOSES** ordered the defendant to serve a six-month term of probation pursuant to 18 U.S.C. § 3607, without entry of a judgment of conviction;

WHEREAS on ~~NXXXXXXXX~~ 10/14/2022, ~~JUDGE MOSES~~ MAGISTRATE JUDGE KATHARINE H. PARKER ordered the proceedings against the defendant dismissed and discharged the defendant from probation;

WHEREAS there are no further proceedings before this Court for which the defendant's presence is required; and

WHEREAS the Government has not alleged and moved under 28 U.S.C. §2044 that the above funds belong to the defendant and should accordingly be applied to the payment of any assessment, fine, restitution, forfeiture or penalty imposed upon the defendant; and

WHEREAS the Government has no objection to the Clerk of the Court returning the funds deposited as bail to their rightful owner or other person entitled to such money under 28 U.S.C. §§ 2041 & 2044; and

WHEREAS the Government is not aware of any other reason the funds deposited as bail should not be returned to their rightful owner or other person entitled to them;

NOW, THEREFORE, IT IS HEREBY ORDERED, pursuant to 28 U.S.C. §2042, that the Clerk of the Court pay out to **Artemio Calderon** the amount deposited as bail referenced in the first paragraph of this Order, less the Clerk's fees, if any.

10/14/2022

Date: ~~xxxxxxxxxxxxxxxxx~~

~~BARBARA C. MOSES~~ KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE

CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney

by: _____     Date: 5/31/22
**AUSA BRETT KALIKOW**
**Assistant United States Attorney**
212-637-2220

2

**Address of payee, if different from address on original Bail Order:**
(to be completed by District Court Clerk's Office)

_____

_____

_____

_____

**Phone Number:** _____

**The Clerk's Office Finance Unit will contact the party once the check is ready.**

# FOR CLERK'S OFFICE USE ONLY:

| RECEIVED CHECK NO: | DATED: |
|---|---|
| IN THE AMOUNT OF: $ | |
| PAYABLE TO: | |
| SIGN & PRINT: | |